**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2279**

ANTHONY SAHADEO,

              Plaintiff – Appellant,

        v.

DEPARTMENT OF THE NAVY, Naval Acquisition Career Center,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:14-cv-00473-RAJ-TEM)

Submitted: March 29, 2016          Decided: June 29, 2016

Before SHEDD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Sahadeo, Appellant Pro Se. George Maralan Kelley, III,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Sahadeo appeals the district court's order granting the Navy's motion for summary judgment. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sahadeo's informal brief does not challenge the basis for the district court's disposition, Sahadeo has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED